aEC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JARREL DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | 08 CV 5130 |
| | ) | |
| vs. | ) | |
| | ) | JUDGE GOTTSCHALL |
| CHICAGO POLICE OFFICERS | ) | |
| COLON, Star No. 2929, | ) | |
| M. S. AMORELLA, Star No. 10544, and | ) | |
| P. E. ROEHL, Star No. 14128, | ) | |
| | ) | |
| Defendants. | ) | |

FILED JUN 14 2011 JUDGE JOAN B. GOTTSCHALL United States District Court

## MOTION FOR JUDGMENT AS A MATTER OF LAW

Defendants, Walldy Colon, Michael Amorella and Peter Roehl ("Defendants"), by their attorneys, Thomas J. Platt, Chief Assistant Corporation Counsel and Timothy Farrell, Special Assistant Corporation Counsel of the City of Chicago, and pursuant to FRCP 50, move for judgment as a matter of law on the plaintiff's claims in this case. In support of this motion, defendants state as follows:

1. There was insufficient evidence for a reasonable jury to find as a matter of law that each of the defendant officers lacked probable cause to believe that plaintiff had committed an offense.

2. There was insufficient evidence for a reasonable jury to find find as a matter of law that each of the defendant officers used excessive force against plaintiff.

Wherefore, defendants requests this court to enter judgment in his favor on all of plaintiff's claims under 42 U.S.C.§ 1983 including false arrest and excessive force.

Respectfully submitted,

/s/ Thomas J. Platt
Assistant Corporation Counsel


30 N. LaSalle Street
Suite 900
Chicago, Illinois   60602
312-744-4833